ARTHUR A. HARTINGER (SBN 121521)
ahartinger@meyersnave.com
JENNIFER L. NOCK (SBN 160663)
jnock@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

NICHOLAS S. CHRISOS, COUNTY COUNSEL
and TERI L. MAKSOUDIAN, DEPUTY (SBN 167848)
Teri.Maksoudian@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, CA 92701
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendant
County of Orange

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| GAYLAN HARRIS, JERRY JAHN, AND JAMES MCCONNELL, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE,<br><br>Defendant. | CASE NO. SACV-09-0098 AG (MLGx); RELATED CASE NO. SACV-07-1301 AG (MLGx)<br><br>**JUDGMENT**<br><br><br><br>Complaint Filed: January 22, 2009 |

This action came on for hearing before the Court on June 14, 2010, Hon. Andrew J. Guilford, District Judge Presiding, on Defendant's Motion for Judgment on the Pleadings. The issues having been duly heard and considered, and pursuant to the Order Granting Motion for Judgment on the Pleadings, dated March 29, 2011,

IT IS ORDERED AND ADJUDGED that the named plaintiffs and the defined class members recover nothing, and that the action be dismissed on the merits.

Pursuant to Federal Rules of Civil Procedure, Rule 23(c)(3), this judgment is binding on the class certified by the February 22, 2010, Order Granting Request to Certify Class and defined as: All persons who retired from County employment on or before December 31, 2007, and their surviving dependents and "QLE" dependents, who were eligible to enroll in a County retiree group health plan and/or the County Retiree Medical Grant program in calendar year 2008 or thereafter. A "QLE" dependent is a dependent (other than a surviving dependent) who becomes eligible for enrollment in a retiree group health plan through the provisions of COBRA based on a "Qualifying Life Event."

DATED: April 14, 2011

_____
Andrew J. Guilford
United States District Judge

1624625.1

Notification of Acceptance by Cal. Supreme Court in Related Case     1     Case No. SACV-09-0098 AG (MLGx)