JS-6

ARTHUR A. HARTINGER (SBN 121521)
ahartinger@meyersnave.com
JENNIFER L. NOCK (SBN 160663)
jnock@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

NICHOLAS S. CHRISOS, COUNTY COUNSEL
and TERI L. MAKSOUDIAN, SENIOR DEPUTY (SBN 167848)
Teri.Maksoudian@coco.ocgov.com
333 West Santa Ana Boulevard, Suite 407
Santa Ana, CA 92701
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendant
County of Orange

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| GAYLAN HARRIS, JERRY JAHN, AND JAMES MCCONNELL, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE,<br><br>Defendant. | CASE NO. SACV-09-0098 AG (MLGx); RELATED CASE NO. SACV-07-1301 AG (MLGx)<br><br>**JUDGMENT**<br><br><br>Complaint Filed: January 22, 2009 |

This action came on for hearings before the Court on April 29, 2013, and May 10, 2013, Hon. Andrew J. Guilford, District Judge Presiding, on Plaintiffs' Motions for Reconsideration and Defendant's Motion to Dismiss. The issues having been duly heard and considered, and pursuant to the Order Denying Motion for Reconsideration and Granting Motion to Dismiss, dated April 29, 2013, and the Order Re Motion for

Reconsideration and Request for Sanctions, dated May 30, 2013,

IT IS ORDERED AND ADJUDGED that the named plaintiffs and the defined class members recover nothing, that the action be dismissed on the merits, and that judgment is entered against Plaintiffs and for Defendant County of Orange.

DATED: June 6, 2013

_____
Andrew J. Guilford
United States District Judge

2088166.1

1                                    Case No. SACV-09-0098 AG (MLGx)