# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| GAYLAN HARRIS, JERRY JAHN, AND JAMES MCCONNELL, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE,<br><br>Defendant. | CASE NO. SA09-CV-00098 AG (MLGx)<br><br>**JUDGMENT**<br><br>Complaint Filed: January 22, 2009 |

| | |
|---|---|
| 1 | This action came on for hearing on November 1, 2019 before the Honorable Andrew J. |
| 2 | Guilford, United States District Court Judge, on Defendant's Motion for Summary |
| 3 | Judgment. The issues having been duly heard and considered, and pursuant to the Order |
| 4 | Regarding Motion for Summary Judgment, dated November 13, 2019: |
| 5 | |
| 6 | IT IS HEREBY ORDERED AND ADJUDGED that the named plaintiffs and the defined |
| 7 | class members recover nothing; that the action be dismissed on the merits; and final |
| 8 | judgment is hereby entered in favor of defendant County of Orange. |

Dated: November 25, 2019

_____
Hon. Andrew J. Guilford
United States District Judge